Opinion issued November
9, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00656-CV

———————————

In re SHEIKH EJAZ AHMED, M.D., FAYAZ FAIZ, M.D., IGNAZIO G. LACHINA,
M.D., ALAK RAY, M.D., SALIM GOPALANI, M.D., ABDUL ALI, M.D., AND MIGUEL TAN,
M.D., INDIVIDUALLY AND ON BEHALF OF NORTHWEST DOCTORS PLAZA, LTD., Relators



 



 



Original
Proceeding on Petition for Writ of Mandamus

 



 

 

MEMORANDUM OPINION[1]

By petition for writ of mandamus,
relators, Sheikh Ejaz Ahmed, M.D.,
Fayaz Faiz, M.D., Ignazio G. Lachina, M.D., Alak Ray, M.D., Salim Gopalani,
M.D., Abdul Ali, M.D., And Miguel Tan, M.D., individually and on behalf of
Northwest Doctors Plaza, Ltd., challenges the trial court’s order
denying the motion to disqualify John Havins, counsel for Stephen Koch, the
real party in interest.  

We deny the petition for writ of mandamus.
 All pending motions are dismissed as
moot.

                                                PER
CURIAM

 

 

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

 











[1]           The underlying case is Sheikh
Ejaz Ahmed, M.D., Fayaz Faiz, M.D., Ignazio G. Lachina, M.D., Alak Ray, M.D.,
Salim Gopalani, M.D., Abdul Ali, M.D., And Miguel Tan, M.D., individually and
on behalf of Northwest Doctors Plaza, Ltd., Appellants v. Pankaj Shah, M.D.,
Adeel Zaidi, Stephen Koch, M.D., Prestige Consulting, Inc. D/B/A Turn-Around
Management Group, A.K. Changla, Sohail Noor, M.D., Anil Odhav, M.D., and
Pallavolvu Reddy, M.D., case
no. 2011-08100, in the 157th District Court of Harris County, the
Honorable Randy Wilson presiding.